UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JAMES HOLMES,

    Plaintiff,

v.                                                         Case No. 06-C-1033

PHIL KINGSTON, et al.,

    Defendants.

**ORDER**

This Court denied the Defendants' motion for summary judgment. They have filed an interlocutory appeal asserting qualified immunity. They seek a stay pending the outcome of that appeal, and the Plaintiff has not responded to the stay request. As Defendants note, a stay is the norm in such circumstances because the question of whether a state official should be forced to proceed to trial is precisely the matter being appealed. *See Apostol v. Gallion,* 870 F.2d 1335, 1337-38 (7th Cir. 1989) ("It makes no sense for trial to go forward while the court of appeals cogitates on whether there should be one.") Accordingly, the motion for a stay is **GRANTED**; all further proceedings are **STAYED** pending the outcome of the appeal.

Dated this   9th   day of December, 2008.

                                                             s/ William C. Griesbach
                                                             William C. Griesbach
                                                             United States District Judge